IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00403-CR

 

The State of Texas,

                                                                                    Appellant

 v.

 

Donna Murray,

                                                                                    Appellee

 

 

 



From the 13th District
Court

Navarro County, Texas

Trial Court No. 31652-CR

 



MEMORANDUM  Opinion



 








The State has filed a motion to dismiss
its appeal.  A decision of this Court has not been issued;
therefore, we grant the motion and dismiss the appeal.  See
Tex.
R. App. P. 42.2(a); see
also Tex. R. App. P. 43.2(f);
State v. De Guislain, No.
02-07-00353-CR, 2008 Tex.
App. LEXIS 1689 (Tex. App.—Fort Worth Feb. 28, 2008, no pet.) (not
designated for publication).

 

 

 

 

 

 

FELIPE REYNA

Justice

 

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
Dismissed 

Opinion
delivered and filed October 14, 2009

Do not publish

[CR25]

 

 

 

 






ext-align: justify">                                                                                 Chief Justice

Before Chief Justice Thomas, 
          Justice Hall (Retired) and Justice 
          James (Retired)
Motion for rehearing denied
Opinion delivered and filed July 11, 1991
Do not publish